UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGEL L. CASTRO,

                        Plaintiff,

      -against-

NEW YORK CITY DEPARTMENT OF
CORRECTIONS; ACTING WARDEN OF
NORTH INFIRMARY COMMAND;
CAPTAIN KORETS,

                      Defendants.

21-CV-0686 (CM)

ORDER OF DISMISSAL

---

COLLEEN McMAHON, Chief United States District Judge:

      Plaintiff proceeds *pro se* and was detained in the Eric M. Taylor Center on Rikers Island when he brought this action. Because public records indicated that Plaintiff had been released from custody, by order dated February 19, 2021, the Court directed Plaintiff, within thirty days, to submit an amended request to proceed *in forma pauperis* ("IFP") or pay the $402.00 in fees required to file a civil action in this Court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended IFP application or paid the fees. Moreover, the order mailed to Plaintiff was returned to the Court as undeliverable, and Plaintiff has not provided a new address. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff at his address of record and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962)

(holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: April 8, 2021
        New York, New York

                                             COLLEEN McMAHON
                                      Chief United States District Judge