UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGEL L. CASTRO,

                     Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF CORRECTIONS; ACTING WARDEN OF NORTH INFIRMARY COMMAND; CAPTAIN KORETS,

                     Defendants.

21-CV-0686 (CM)

CIVIL JUDGMENT

---

Pursuant to the order issued April 8, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit an amended request to proceed *in forma pauperis* or pay the $402.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff at his address of record and note service on the docket.

SO ORDERED.

Dated:    April 8, 2021
           New York, New York

                                                   COLLEEN McMAHON
                                           Chief United States District Judge